STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Daniel Elmo Broussard, Jr.
Broussard, Bolton, Halcomb
P. O. Box 1311
Alexandria LA 71309

REHEARING ACTION: March 11, 2015

Docket Number: 14 00784-CA

TERRI HUNTER
VERSUS
RAPIDES PARISH COLISEUM AUTHORITY

Appealed from Rapides Parish Case No. 247,937

BEFORE JUDGES:

Hon. John D. Saunders
Hon. Elizabeth A. Pickett
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rapides Parish Coliseum Authority** has this day been

DENIED.

cc: George Andrew Veazey, Counsel for the Appellant